**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| JOSEPH LOGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:10-cv-01866 |
| ) | |
| MERCANTILE ADJUSTMENT BUREAU ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, JOSEPH LOGAN, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiffs anticipate will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By: /s/ Adam T. Hill_____
    Adam T. Hill
    Attorneys for Plaintiff
    Krohn & Moss, Ltd.
    120 W. Madison St., 10th Floor
    Chicago, IL 60602
    Phone: (323) 988-2400 ext 238
    Fax: (866) 870-0941
    E-Mail: ahill@consumerlawcenter.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served upon James Kevin Schultz, Sessions Fishman Nathan & Israel LLP, 55 West Monroe, Suite 1120, Chicago IL 60603, jschultz@sessions-law.biz, via ELECTRONIC MAIL on June 17, 2010.

By: /s/ Adam T. Hill
Adam T. Hill
Attorney for Plaintiff