Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 1866 | **DATE** | 8/3/2010 |
| **CASE TITLE** | Logan vs. Mercantile Adjustment Bureau | | |

**DOCKET ENTRY TEXT**

Pursuant to the Court order (Doc [10]) dated 6/17/2010, this cause is hereby dismissed with prejudice.

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | SCT |
|---|---|---|